## 28054. JAMES *v.* GARDNER.

FELTON, J.   This case is controlled by the decision in *James* v. *Brandon,* ante.

> Judgment affirmed. *Stephens, P. J., and Sutton, J., concur.*
> DECIDED FEBRUARY 17, 1940.

## 28055. JAMES *v.* HAAS.

FELTON, J.   This case is controlled by the decision in *James* v. *Brandon,* ante.

> Judgment affirmed. *Stephens, P. J., and Sutton, J., concur.*
> DECIDED FEBRUARY 17, 1940.

## 28056. JAMES *v.* QUILLIAN.

FELTON, J.   This case is controlled by the decision in *James* v. *Brandon,* ante.

> Judgment affirmed. *Stephens, P. J., and Sutton, J., concur.*
> DECIDED FEBRUARY 17, 1940.

## 28057. JAMES *v.* WATKINS.

FELTON, J.   This case is controlled by the decision in *James* v. *Brandon,* ante.

> Judgment affirmed. *Stephens, P. J., and Sutton, J., concur.*
> DECIDED FEBRUARY 17, 1940.